## WRITTEN CONSENT RESOLUTIONS
## OF
## SOLE SHAREHOLDER AND SOLE DIRECTOR

The undersigned, being the sole Shareholder and sole Director of **AEY, INC.**, a Florida corporation (the "Corporation"), as permitted by Florida Statutes § 607.0704 and § 607.0821, hereby consents to, approves, and adopts the following resolutions on behalf of the Corporation, Upon due consideration, it is hereby

**RESOLVED,** that the Corporation is directed to engage Hy Shapiro, P.A. ("Defense Counsel"), as counsel for the Corporation in connection with the federal case, *United States v. AEY, Inc. et. al.,* Case No. 08-Cr-20574-JAL ("the case"); and it is hereby

**FURTHER RESOLVED,** that Efraim Diveroli, in his capacity as President and on behalf of the Corporation authorizes Hy Shapiro, P.A. to file its appearance on behalf of the Corporation and to enter a Not Guilty plea on the Corporation's behalf; and it is hereby

**FURTHER RESOLVED,** that the Corporation is authorized to pay to Defense Counsel any and all fees and/or costs, and to execute any and all agreements, documents and instruments, as may be necessary or appropriate in connection with the engagement by the Corporation of the services of Defense Counsel; and it is hereby

**FURTHER RESOLVED,** that Efraim Diveroli, in his capacity as President and on behalf of the Corporation, is authorized and directed to: (i) execute any and all engagement letters, retainer letters and other documents, agreements and instruments; (ii) cause the Corporation to pay any and all fees and/or costs, and; (iii) take any and all further action(s) deemed necessary or appropriate in connection with the representation of the Corporation by Defense Counsel in the case; and it is hereby

**FURTHER RESOLVED,** that Efraim Diveroli, in his capacity as President and on behalf of the Corporation, is authorized to: (i) execute any and all documents, agreements and instruments, and; (ii) take any and all further actions as necessary or appropriate in connection with the case, which actions shall be binding upon the Corporation for all purposes.

All of the foregoing to be effective as of the 16 day of July, 2008

Efraim Diveroli, Director/Shareholder