UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20574-CR-LENARD/GARBER

UNITED STATES OF AMERICA    )
                            )
            Plaintiff,      )
vs.                         )
                            )
AEY, INC.,                  )
                            )
            Defendant.      )
_____)

GOVERNMENT'S RESPONSE TO
THE STANDING DISCOVERY ORDER

      The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to corresponded with Local Rule 88.10.

      A.    1.    Written or recorded statements made by agents of the corporate defendant are available for review and included in item A. 5.

            2.    Oral statements made by agents of the corporate defendant before or after arrest in response to interrogation by any person then known to be a Government agent that the Government intends to use at trial are available for review and included in item A. 5.

            3.    The testimony before a federal grand jury of agents of the corporate defendant is available for review and included in item A.5.

            4.    The NCIC record of the agents of the corporate defendant, if any exists, is available for review and included in item A. 5.

5. Books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof, which are material to the defendant's defense, or which the Government intends to use as evidence at trial to prove its case in chief, or were obtained from or belonging to the defendant, include the following and are available for review by contacting the vender referenced below:

SO1-00001 through S11-02632, S12-0001
SWG-13 through SWG-142
AEY-00001 through AEY-44628
AP 0001 through AP 0403
DP 0001 through DP 0011
RM 0001 through RM 0011, RM 0174 through RM 0221
ED 0001 through ED 0006
MEICO 0001 through MEICO 0424.1
MEICO 0425 through MEICO 0764
XHOI 0001 through XHOI 0236
DBB 0001 through DBB 0193
Lexus 001 through Lexus 0072
DCMA 0001 through DCMA 0468

Vender:
Xpediacopy
Attn: Ignacio Montero
2800 Glades Circle, Suite 118
Weston, FL 33327
(954) 384-2112 Office
(954) 384-2115 Fax

These materials are not necessarily copies of all the books, papers, documents, etc., that the Government may intend to introduce at trial.

6. Physical or mental examinations, or scientific tests or experiments, made in connection with this case will be available for review upon receipt by the undersigned.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is

2

|     |     |
| --- | --- |
|     | also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure. |
| C.  | The Government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976). |
| D.  | The Government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective Government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959). |
| E.  | The Government will provide, if any exists, prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the Government at trial. |
| F.  | The Government in unaware of any pictures utilized or resulting from a lineup, show up, photo spread or similar identification proceeding relating to the defendant. |
| G.  | The Government has advised the agents and officers involved in this case to preserve all rough notes. |
| H.  | The Government will timely advise the corporate defendant of its intent, if any, to introduce evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).<br><br>In addition, the Government may introduce under Rule 404(b) evidence underlying the corporate defendant's past criminal activity, if any, that has resulted in arrests and/or convictions. |
| I.  | The corporate defendant was not an aggrieved person, as defined in Title 18, United States Code, Section |

        2510(11), of any electronic surveillance.

J.     The Government has ordered transcribed the Grand Jury testimony of any witness who will testify for the Government at the trial of this cause.

K.     There is no contraband involved in this case.

L.     The Government does not know of any vehicle, vessel, or aircraft allegedly utilized in the commission of the offense(s) charged.

M.     The Government is not aware of any latent fingerprints or palm prints which have been identified by a Government expert as those of the defendant.

N.     The Government will disclose the subject-matter of expert testimony that the Government reasonably expects to offer at trial upon receipt by the undersigned.

    The Government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.

O.     The Government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite the trial.

P.     The Government will seek written stipulations to agreed facts in this case, to be signed by all parties.

    The Government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the Government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, the Government hereby demands Notice of Alibi defense.

        Respectfully submitted,

        R. ALEXANDER ACOSTA  
        UNITED STATES ATTORNEY

        /s_____  
        James M. Koukios  
        Assistant United States Attorney  
        Court No. A5500915  
        james.koukios@usdoj.gov  
        U. S. Attorney's Office  
        99 N.E. 4th Street, 6th Floor  
        Miami, Florida 33132  
        Telephone: (305) 961-9324  
        Facsimile:  (305) 536-7976

        /s_____  
        Eloisa Delgado Fernandez  
        Assistant United States Attorney  
        Florida Bar No. 0999768  
        eloisa.d.fernandez@usdoj.gov  
        U. S. Attorney's Office  
        99 N.E. 4th Street, 8th Floor  
        Miami, Florida 33132  
        Telephone: (305) 961-9025  
        Facsimile:  (305) 536-4675

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 29, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/_____
Eloisa Delgado Fernandez
Assistant United States Attorney

## SERVICE LIST
## United States vs. AEY, Inc.
## Case No. 08-20574-CR-LENARD/GARBER
## United States District Court, Southern District of Florida

Hy Sharpiro
HyShapiroPA@aol.com
Hy Shapiro, P.A.
2400 South Dixie Highway
Suite 200
Miami, FL 33131
Telephone: (305) 859-8989
Facsimile:  (305) 854-8782
Attorney for Defendant
Aey, Inc.
Method of Service: Notice of Electronic Filing via CM/ECF