UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 08-20574 Cr (Lenard/Turnoff)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RALPH MERRILL

    Defendant.
_____/

BENCH MEMO REGARDING THE ADMISSIBLITY
OF EMAIL EXHIBITS FROM THIRD PARTIES AND THE ADMISSIBILITY
OF DOCUMENTS OTHER THAN PHOTOS ATTACHED TO EMAILS

Defendant, Ralph Merrill ("Merrill"), through undersigned counsel, hereby submits this Bench Memo Regarding the Admission of Email Exhibits from Third Parties and the Admissibility of Documents Other Than Photos Attached to Emails.

On September 15, 2010, this Court heard argument regarding the pre-trial admissibility of the Government's email exhibits. This Court found the Government met its burden with respect to Fed.R.Evid. 104 as well as Rule 801 regarding emails authored by Ralph Merrill, but reserved ruling on: 1) the admission of emails authored by co-Defendants pending testimony of any co-Defendants; and 2) emails authored by third parties. *See Minute Entry* [D.E. 834]. This Court requested a bench memo listing the Government's email exhibits from third party supplies and email exhibits with document attachments.[1]

The following table is an illustrative list of the Government's email exhibits purportedly authored by third-party suppliers and distributors or other parties whom the government has

indicated it will not call to testify at trial:

| Table 1: Government Email Exhibits- Third Party Emails w/ Attachments ||||| 
|---|---|---|---|---|
| Govt. Exh. # | Date Sent or Forwarded | Email's Sender | Attached Item | Third Party Involved |
| EM 13 | September 11, 2006 | talon ltd | Talon Quotation No. 23 to AEY | Talon |
| EM 18 | October 13, 2006 | aeyinc@gmail.com | Letter from Patrick Lootens (US Army) to Diveroli | Patrick Lootens |
| EM 20 | October 17, 2006 | aeyinc@gmail.com | Pricing spreadsheets (author unknown); Solicitation Letter from AEY; Letter from AEY to Patrick Lootens (US Army) | Patrick Lootens |
| EM 21 | November 3, 2006 | aeyinc@gmail.com | Letter from Christine Thompson (US Army) to Diveroli | Christine Thompson |
| EM 41 | February 9, 2007 | aeyinc@gmail.com | Talon Quotation No. 23 to AEY | Talon |
| EM 46 | February 15, 2007 | aeyinc@gmail.com to rossen_isd@cablebg.net | Purchase Orders (2) from AEY to I.S.D. Bulgaria | I.S.D. Bulgaria |
| EM 47 | February 24, 2007 | aeyinc@gmail.com | Quotation for equipment from Evdin to Diveroli | Evdin Ltd. |
| EM 48 | February 27, 2007 | Shai Marchaim | Letter from Shai Marchaim to Diveroli | Shai Marchaim; Talon |
| EM 88 | April 11, 2007 | evdin.ltd@gmx.net | Terms of payment MEICO / Evdin Contract | MEICO; Evdin Ltd. |
| EM 90 | April 12, 2007 | evdin.ltd@gmx.net | - | Evdin Ltd. (no individual identified) |

---

[1] Merrill previously filed his Bench Memo Re: Photographs Attached to Emails [D.E. 837] listing the Government's email exhibits with photograph attachments.

2

| EM 94 | April 13, 2007 | Kim Jones (US ASC) | Certificates of Conformance signed by Diveroli | **Not sent or CC'ed to Ralph Merrill** |
| EM 102 | April 17, 2007 | aeyinc@gmail.com to pinariy@yahoo.it and evdin.ltd@gmx.net | Copy of Podrizki's passport | Evdin Ltd.; MEICO |
| EM 109 | April 18, 2007 | evdin.ltd@gmx.net | Evdin Contract Invoice to Diveroli | Evdin Ltd. |

In order for the Government's email exhibits listed in Table 1 (the "Table 1 Exhibits") to be properly admitted, FED.R.EVID. 901 requires that both the email message and any attached document(s) be properly authenticated with "sufficient evidence to support a finding that the matter in question is what its proponent claims." FED.R.EVID. 901(a). Aside from live testimony from a witness who either drafted or has personal knowledge of the email's content, email evidence may be properly authenticated based on "distinctive characteristics…including appearance, contents, substance, internal patterns, or other distinctive characteristics, taken in conjunction with circumstances." FED R. EVID. 901(b)(4). The Table 1 Exhibits contain no such distinctive characteristics to provide adequate foundation for their authenticity and are consequently inadmissible through Rule 901(b)(4).

A number of the Table 1 Exhibits appear to have been sent from various generic business email accounts without further identification of the individual who actually wrote the email. Email evidence that contains generic email addresses without further indication of what person uses that email address either through the email's content or heading does not, on its own, does clearly demonstrate who was the sender and receiver using that [email] address. *See* <u>United States v. Safavian</u>, 435 F.Supp.2d 36, 40 (D.D.C. 2006). Email evidence of this nature may be authenticated under FED.R.EVID. 901(b)(3) by the jury's comparison of the email to other emails

3

that have been otherwise authenticated, such as by Rule 901(b)(4). *See* FED.R.EVID. 901(b)(3).

On their own the generic email addresses from which EM 13, 18, 20, 21, 41, 46, 47 88, 90 102 were sent fail to identify which actual person had access to those email accounts and/or sent the email in question even if the email's content, such as the signature line, is examined.[2] For example, the Parties have precious little information regarding Evdin, Ltd. such as the names of its employees, the person from whom these emails came (or could have come), and this problem is compounded by the generic "Best Regards, Evdin Ltd." signature line. The Government has not pointed to specific, independently authenticated emails that the jury may compare to these Table 1 Exhibits in order to establish the sender's identity. Further, the Government does not plan to call *any* of the individuals whose identity could be gleaned from the Table 1 Exhibits with the exception of Kim Jones (EM 94 only) and David Packouz (EM 81, 94, 102 and 109 only).[3] While Merrill may testify, absent any other foundational facts, the Government must wait to seek admission of these exhibits until Merrill actually takes the stand.

Further, the Government wishes to enter all of its email exhibits, naturally including the Table 1 Exhibits, through the DCIS case agent's summary testimony. Under *Safavian*, "a case agent or summary witness who neither composed nor received th[e] emails," cannot testify "beyond the bare fact of what words appear on a particular email," as testimony of this nature would exceed the agent's personal knowledge. *See*, *Safavian*, 435 F.Supp. 2d at 41-42. In other words, any discussion of the email's substantive content would be improper and would leave the

---

[2] For example, EM 47 is an email forwarded to Merrill from "evdin.ltd@gmx.net" to aeyinc@gmail.com and is signed "Evdin Ltd." The Government has not indicated that it will call any witnesses affiliated with Evdin and has represented to this Court and Merrill's Counsel that it will not call co-defendant Efraim Diveroli to testify. Based on the Government's representations and the email's content, there is no foundation for the entirety of the contents of EM 47 because the Government cannot and will not provide any facts regarding the persons using the email account "evdin.ltd@gmx.net."

[3] The specific names appearing in or reasonably identifiable from the Table 1 Exhibits are Efraim Diveroli, Ralph Merrill, Shmuel Avivi, Ryan Larrison, Shai Marchaim, "Rossen", David Packouz, Kim Jones, Brett Luchsinger, Martha Delgado, Kurt Soderstrom, Melanie Johnson; Ylli Pinari, and Alex Podrizki.

jury without adequate information to meaningfully evaluate and use the evidence in its deliberations.

The admissibility of the Table 1 Exhibits is further complicated by the fact that each of the exhibits contains both an email message or thread and a document that was sent as an attachment to the email. The Government hopes to introduce the attached document along with the Table 1 Exhibits without any independent showings of the document's authenticity or admissibility under an exception to FED.R.EVID. 802.

Undoubtedly, the correspondence attached to EM 18, 20, 21, 47 and 48 should be excluded as inadmissible hearsay. The mere fact that these letters, none of which are addressed to Merrill or were sent by Merrill, were attached to an email that was sent or forwarded to Merrill does not render them admissible to prove the contents of the documents or that what Merrill understood the document's content to mean absent Merrill's own testimony.[4] To admit the Table 1 Exhibits absent live testimony from anyone with personal knowledge of the letters would require this Court to instruct the jury to consider the attached documents for the limited purpose of showing that they were attached to each document's corresponding email.

---

[4] Further, among the other Table 1 Exhibits' attachments are Certificates of Conformance, purchase orders, terms of payment, quotations, spreadsheets, invoices and a copy of Alexander Podrizki's passport photo page. Aside from the clear relevancy issue of Podrizki's passport copy attached to EM 102, none of the attached documents are addressed to or are signed by Merrill and the Government does not intend to call any of the witnesses affiliated with these documents. Absent a factual showing of relevancy and authenticity, as well as the applicability of a hearsay exception, these documents are inadmissible.

5

Table number 2 is identifies email messages without attachments purportedly authored by non-parties, unidentifiable individuals, or co-Defendants lacking indicia that the message was sent to Merrill[5]:

| Table 2: Government Email Exhibits- Not sent to Merrill | | | | |
|---|---|---|---|---|
| Govt. Exh. # | Date Sent | From: | To: | CC: |
| EM 125 | April 23, 2007 | Brett W. Luchsinger (US AMC) | "AEY Inc. (David)"; aeyinc@gmail.com | Kim Jones; Brett Luchsinger |
| EM 126 | April 23, 2007 | aeyinc@gmail.com | ddtcresponseteam @state.gov | - |
| EM 127 | April 23, 2007 | Amy P. Westling | aeyinc@gmail.com | - |
| EM 128 | April 23, 2007 | aeyinc@gmail.com | "AEY Inc. (David)" | - |
| EM 129 | April 23, 2007 | aeyinc@gmail.com | Merrill [forward of EM 127] | - |
| EM 131 | April 24, 2007 | aeyinc@gmail.com | WestlingAP@state.gov & ddtcresponseteam @state.gov | - |
| EM 132 | April 24, 2007 | Stephen M. Geis | aeyinc@gmail.com | - |
| EM 133 | April 24, 2007 | aeyinc@gmail.com | Stephen M. Geis | Merrill [includes EM 127; EM 131; EM 132 |
| EM 134 | April 24, 2007 | Stephen M. Geis | aeyinc@gmail.com | - |
| EM 205 | August 28, 2007 | Ronald Walk | "AEY Inc. (David)" | - |

---

[5] Attached to Government Exhibit EM 125 is a Certificate of Conformance signed by Diveroli. This email is the first in a series of emails between various parties but is the only email exhibit with the attachment and thus, for the sake of clarity, EM 125 is included in Table 2 instead of Table 1. Government Exhibits EM 129 and 133 are part of an email communication thread between various parties and appear to indicate all or some of the thread was forwarded or sent to Merrill. EM 129 and 133 are included in Table 2 to assist the Court's understanding of Merrill's position with respect to the other emails in the communication thread.

The Government's email exhibits listed in Table 2 (the "Table 2 Exhibits") raise a number of the same issues as those raised with respect to the Table 1 Exhibits. Similarly, all but two of the Table 2 Exhibits are email messages that bear no facial indication that the message was sent or intended to be sent to Merrill and were authored by and sent to individuals that are either unidentifiable or whom the Government has represented it will not call as a witness.[6] These hearsay emails should not be admitted absent testimony from a witness with personal knowledge or some showing that these emails fall under a legitimate exception to the hearsay rule.

Two of the Table 2 Exhibits indicate that EM 127, 131 and 132 were forwarded to Merrill. The forwarded message, of which Merrill had no discernable part, are akin to the letters and communications attached to the Table 1 Exhibits in that they are hearsay statements or communications lacking adequate foundation to discern who either the author-sender or recipient is. Absent the requisite factual criteria for the underlying messages, EM 129 and EM 133 could not be admitted substantively, but instead only to show that EM 127, 131 and 132 were sent to Merrill. Moreover, it is unnecessary and repetitive for the Government to seek admission of a separate email messages that are simply responses to earlier messages when, for one, the Government does not intend to call the witness who either wrote or received the email to discuss an individual email's content, and two, when the only conceivable purpose to introduce these messages would be to show that Merrill received the message and thus had knowledge of its content.

---

[6] The specific names appearing in or reasonably identifiable from the Table 2 Exhibits (except EM 129 & EM 133) are Efraim Diveroli, David Packouz, Brett Luchsinger, Kim Jones, "ddtcresponseteam@state.gov," Amy Westling,

7

Both the Table 1 and Table 2 Exhibits present a number of troubling foundational issues and should not be admitted until the Government makes the requisite factual showing. The Exhibits amounting to inadmissible hearsay should likewise be deemed inadmissible unless and until the Government calls sufficiently knowledgeable witnesses.

DATED this 16th day of September 2010 in Miami-Dade County, Florida.

> Respectfully submitted,
> /s/ Atlee W. Wampler III, Esq.
> Atlee W. Wampler III, Esq.
> (FL Bar No: 0311227)
> Email: awampler@wbwcb.com
> Joseph R. Buchanan, Esq.
> (FL Bar No: 0306762)
> Email: jbuchanan@wbwcb.com
> Ricardo A. Banciella, Esq.
> (FL Bar No: 0599440)
> Email: rbanciella@wbwcb.com
> WAMPLER BUCHANAN WALKER CHABROW
> BANCIELLA & STANLEY, P.A.
> 9350 South Dixie Highway, Suite 1500
> Miami, Florida 33156
> Telephone: 305-577-0044/Fax: 305-577-8545
> and
> Peter Stirba (UT Bar No. 3118)
> Nathan A. Crane (UT Bar No. 10165)
> Kathleen Abke, Esq. (UT Bar No. 12422)
> STIRBA & ASSOCIATES
> 215 South State Street, Suite 750
> Salt Lake City, UT 84111
> Telephone: (801) 364-8300/Fax (801) 364-8355
> *Attorneys for Defendant Ralph Merrill*

---

Stephen Geis, and Ronald Walck.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 16th day of September, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Atlee W. Wampler III, Esq.
Counsel for Ralph Merrill

## SERVICE LIST
### Case No. 1:08-Cr-20574-(Lenard/Turnoff

Atlee W. Wampler III, Esq.
Email: awampler@wbwcb.com
Florida Bar No: 0311227
Joseph R. Buchanan, Esq.
Email: jbuchanan@wbwcb.com
Florida Bar No: 0306762
Ricardo A. Banciella, Esq.
Email: rbanciella@wbwcb.com
Florida Bar No: 0599440
WAMPLER BUCHANAN WALKER
CHABROW BANCIELLA & STANLEY, P.A.
9350 South Dixie Highway, Suite 1500
Miami, Florida 33156
Tel: 305-577-0044/Fax: 305-577-8545
*Attorneys for Defendant Ralph Merrill*

Peter Stirba, Esq.
Email: peter@stirba.com
Nathan A. Crane, Esq.
Email: ncrane@stirba.com
Kathleen Abke, Esq.
Email: kabke@stirba.com
STIRBA & ASSOCIATES
215 S. State Street, Suite 750
Salt Lake City, UT 84111
Tel: 801-364-8300/Fax: 801-364-8355
*Attorneys for Defendant Ralph Merrill*

Eloisa D. Fernandez, Esq.
Email: eloisa.d.fernandez@usdoj.gov
Adam L. Schwartz
Email: adam.schwartz@usdoj.gov
James Weinkle, Esq.
Email: james.weinkle@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132/Tel: 305-961-9025
*Attorneys for Plaintiff USA*

James M. Koukios, Esq.
Email: james.koukios@usdoj.gov
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, DC 20005

Tel: 202-616-5535/Fax: 202-514-6118
*Attorneys for Plaintiff USA*

Howard Milton Srebnick, Esq.
Email: Srebnick@RoyBlack.com
BLACK SREBNICK
KORNSPAN & STUMPF
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 3311
Tel: 305-371-6421/Fax: 305-358-2006
*Attorneys for Defendant Efraim Diveroli*

Kenneth Joseph Kukec, Esq.
Email: kukec@bellsouth.net
2 South Biscayne Boulevard, Suite 2600
Miami, FL 33131-1802
Tel: 305-358-2000/Fax: 305-358-1233
*Attorneys for Defendant David Packouz*

Marshall Dore Louis
Email: mdl@sinclairlouis.com
SINCLAIR LOUIS HEATH
NUSSBAUM & ZAVERTNIK
Alfred I. DuPont Building
169 E. Flagler Street, Suite 1125
Miami, Florida 33131
Tel: 305-374-0544/Fax: 305-381-6869
*Attorneys for Defendant David Packouz*

Anita Margot Moss, Esq.
Email: amm@fowler-white.com
FOWLER WHITE BURNETT
1395 Brickell Avenue - 14th Floor
Miami, Florida 33131-3302
Tel: 305-789-9200/Fax: 305-789-9201
*Attorneys for Defendant Alexander Podrizki*

Lilly Ann Sanchez, Esq.
Email: lsanchez@fowler-white.com
FOWLER WHITE BURNETT
1395 Brickell Avenue - 14th Floor
Miami, FL 33131-3302
Tel: 305-789-9200/Fax: 305- 789-9201
*Attorneys for Alexander Podrizki*