UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08CR20574

USA

Plaintiff(s),

vs.

AEY, Inc et al

Defendant(s).
_____/

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB

✓ Other (Explain): 3 Boxes of Exhibits

☐ Attachments
(Exhibit list, Order of Court)

Signature: J. PEREZ
Print Name: Jeanne Mullenhoff
Agency or Firm: AUSA
Address: 99 NE 4 St
Miami Fl 33131
Telephone: _____
Date: 2/17/2015

Exhibits Released by:
Randy Tobie
_____
(Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record